**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01231-REB-CBS

SALVADOR L. GALLEGOS,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion To Dismiss With Prejudice** [#23][1] filed September 24, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#23] filed September 24, 2012, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for June 7, 2013, are **VACATED**;

3. That the jury trial set to commence June 24, 2013, is **VACATED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 25, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge